WILMAR COMPANY, PROSECUTOR, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN, LESLIE H. EWING, DIRECTOR, AND FRED W. GEORGE, CLERK, RESPONDENTS.

WILMAR COMPANY, PROSECUTOR, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN, LESLIE H. EWING, DIRECTOR, AND FRED W. GEORGE, CLERK, CENTRAL AIRPORT, INCORPORATED, AND CENTRAL AIRPORT DEVELOPMENT COMPANY, RESPONDENTS.

SIGMUND SCHOENAGLE, PROSECUTOR, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN, LESLIE H. EWING, DIRECTOR, AND FRED W. GEORGE, CLERK, RESPONDENTS.

SIGMUND SCHOENAGLE, PROSECUTOR, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN, LESLIE H. EWING, DIRECTOR, AND FRED W. GEORGE, CLERK; CENTRAL AIRPORT, INCORPORATED, AND CENTRAL AIRPORT DEVELOPMENT COMPANY, RESPONDENTS.

Submitted January 31, 1930—Decided August 2, 1930.

Before Justices TRENCHARD, LLOYD and CASE.

For the prosecutor Wilmar Company, *Joseph H. Carr.*

For the prosecutor Sigmund Schoenagle, *Aaron Heine.*

For the respondent board of chosen freeholders of the county of Camden, *Walter S. Keown.*

For the respondents Central Airport, Incorporated, and Central Airport Development Company, *Edward L. Katzenbach* and *Albert E. Scheflin.*

PER CURIAM.

The petitions in these cases are for writs of *certiorari* to determine the validity of the vacation by the board of chosen freeholders of the county of Camden of a portion of Browning road in that county. Various reasons are urged for the allowance of the writs, and as the facts presented in the petitions and proofs submitted under the rule to show cause allowed by this court establish that there are legally debatable questions presented, the writs will be allowed.